**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone:  (312) 923-2750

Attorneys for Defendant
The Kraft Heinz Company

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BROWER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>Defendant. | Case No. 3:20-cv-1540-JM-WVG<br><br>The Honorable Jeffrey T. Miller<br><br>**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Harold Brower and Defendant The Kraft Heinz Company hereby stipulate to, and jointly move for, the dismissal of this action without prejudice, with all parties to bear their own expenses, costs, and attorney's fees incurred in connection with this action.

IT IS SO STIPULATED AND AGREED:

DATED: January 19, 2021     FARUQI & FARUQI LLP[1]

                            By: s/ Benjamin Heikali
                            Attorney for Plaintiff Harold Brower
                            E-mail: bheikali@faruqilaw.com


DATED: January 19, 2021     JENNER & BLOCK LLP

                            By: s/ Alexander M. Smith
                            Attorney for Defendant
                            The Kraft Heinz Company
                            E-mail: asmith@jenner.com

---

[1] Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Benjamin Heikali, counsel for Plaintiff Harold Brower, and that I have obtained Mr. Heikali's authorization to affix his electronic signature to this document.