**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Defendant
The Kraft Heinz Company

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BROWER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-1540-JM-WVG<br><br>The Honorable Jeffrey T. Miller<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Harold Brower and Defendant The Kraft Heinz Company hereby stipulate to, and jointly move for, the dismissal of this action with prejudice, with all parties to bear their own expenses, costs, and attorney's fees incurred in connection with this action.  This joint motion does not affect the claims of the putative classes.

IT IS SO STIPULATED AND AGREED:

DATED:  March 4, 2021                    FARUQI & FARUQI LLP[1]

                                         By:  s/ Ben Heikali
                                              Attorney for Plaintiff Harold Brower
                                              E-mail: bheikali@faruqilaw.com


DATED:  March 4, 2021                    JENNER & BLOCK LLP

                                         By:  s/ Alexander M. Smith
                                              Attorney for Defendant
                                              The Kraft Heinz Company
                                              E-mail: asmith@jenner.com

---

[1] Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ben Heikali, counsel for Plaintiff Harold Brower, and that I have obtained Mr. Heikali's authorization to affix his electronic signature to this document.