UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BROWER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>    Defendant. | Case No.:  20cv1540 JM(WVG)<br><br>**ORDER OF DISMISSAL** |

The court will **REOPEN** this case for the limited purpose of considering the parties' Joint Motion for Dismissal with Prejudice, (Doc. No. 13).  Having reviewed the joint motion, the court **GRANTS** the relief requested per Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 13). According, Plaintiff's individual claims are **DISMISSED WITH PREJUDIDCE** and the claims of the putative class are **DISMISSED WITHOUT PREJUDICE**.  All parties are to bear their own attorneys' fees and costs.  The Clerk of Court shall terminate this case.

IT IS SO ORDERED.

Dated:  March 5, 2021

_____
Hon. Jeffrey T. Miller
United States District Judge

1

20cv1540 JM(WVG)